IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

DIDIER BRUNACHE, :

Petitioner, :

v. : CIVIL ACTION 06-0721-KD-M

ALBERTO GONZALES, :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF, :

Respondents. :

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be DISMISSED as MOOT.

DONE this 7th day of May, 2007.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**